395 A.2d 960

Bloom, Appellant, v. Liberty Mutual Insurance Company et al.

Argued September 12, 1978.  Stephen M. Belikoff, for appellant;  Ronald H. Sherr, with him Spencer, Sherr and Moses, for appellees.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

395 A.2d 960

Bristow v. Ciccozzi, Appellant.

Argued September 11, 1978.  Stanley Lebofsky, for appellant;  Deirdre Bristow, in pro. per., for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.